UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

ROBERT YATES,

        Petitioner-Appellant,

vs.                                                                             Case No. 16-cv-207

UNITED STATES OF AMERICA,

        Respondent-Appellee.

_____

**NOTICE OF APPEAL**

      Robert Yates, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order denying his petition under 28 U.S.C. § 2255, which was imposed on June 17, 2016, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb presiding. Mr. Yates takes this appeal to the United States Court of Appeals for the Seventh Circuit.

      The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

      With this notice of appeal, Mr. Yates also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. Ross also files a motion to proceed *in forma pauperis* on appeal.

FEDERAL DEFENDER SERVICES

OF WISCONSIN, INC.

Dated at Madison, Wisconsin this 28th day of July, 2016.

>Respectfully submitted,
>ROBERT YATES, Petitioner
>
>*/s/ Joseph L. Toth*
>Joseph L. Toth
>Joseph A. Bugni
>
>FEDERAL DEFENDER SERVICES
> OF WISCONSIN, INC.
>22 East Mifflin Street, Suite 1000
>Madison, WI 53703
>Tel: 608-260-9900
>Fax: 608-260-9901
>Joseph_toth@fd.org